UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TERRENCE M. TIERNEY,

               Plaintiff,

-against-

MJ HOLDINGS, INC; PRESCOTT MANAGEMENT, LLC; FARM ROAD, LLC; ICON MANAGEMENT, LLC; CONDO HIGHRISE MANAGEMENT, LLC; ALTERNATIVE HOSPITALITY, INC.; DOE INDIVIDUAL I THORUGH XV; and ROE CORPORATIONS AND ORGANIZATIONS I THROUGH V,

               Defendants.

---

23-CV-5292 (JGK)

ORDER OF SERVICE

JOHN G. KOELTL, United States District Judge:

    Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.

    The Clerk of Court is directed to issue summonses as to Defendants MJ Holdings, Inc; Prescott Management, LLC; Farm Road, LLC; Icon Management, LLC; Condo Highrise Management, LLC; and Alternative Hospitality, Inc. Plaintiff is directed to serve the summons and complaint on each Defendant within 90 days of the issuance of the summonses.[1] If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, the summonses in this case were not issued when Plaintiff filed the complaint because he had not paid the filing fee. The Court therefore extends the time to serve until 90 days after the date the summonses are issued.

Civil Procedure for failure to prosecute.

SO ORDERED.

Dated:  New York, New York
7/31/23

JOHN G. KOELTL
United States District Judge