UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TERRENCE M. TIERNEY,

          Plaintiff,

- against -

MJ HOLDINGS, INC., ET AL.,

          Defendant.

23-cv-5292 (JGK)

ORDER

---

**JOHN G. KOELTL, District Judge:**

The time for the plaintiff to serve any remaining defendants is extended to **January 5, 2024**. If the plaintiff fails to serve a remaining defendant, this case will be dismissed without prejudice for failure to prosecute. See Fed. R. Civ. P. 4(m).

**SO ORDERED.**

Dated:    New York, New York
            December 4, 2023

                                              John G. Koeltl
                                       **United States District Judge**