UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TERRENCE M. TIERNEY,

              Plaintiff,

   - against -

MJ HOLDINGS, INC., ET AL.,

              Defendants.

---

23-cv-5292 (JGK)

<u>ORDER</u>

**JOHN G. KOELTL**, District Judge:

    The Clerk has issued a Certificate of Default against MJ Holdings, Inc. ECF No. 20. The plaintiff should move by Order to Show Cause by **January 26, 2024** why a default judgment should not be issued against MJ Holdings, Inc.

**SO ORDERED.**

Dated:    New York, New York
            January 10, 2024

                                                  _____
                                                       John G. Koeltl
                                               United States District Judge