UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
TERRENCE M. TIERNEY,

                      Plaintiff,

          -against-

MJ HOLDINGS, a publicly traded Nevada corporation,
d/b/a MJ HOLDINGS GROUP, et al.,
                      Defendants.
-------------------------------------------------------------------X

                                              23 civ 5292 (JGK)

**ORDER**

The plaintiff is requesting a default judgment be entered against the defendant MJ

Holdings, d/b/a MJ HOLDINGS GROUP ("MJ Holdings.").

The defendant shall file an order to show cause, pursuant to this Court's rules, which are

attached, by **February 23, 2024.** The defendant MJ Holdings shall file a response by **March 1,**

**2024.** The plaintiff shall file any reply by **March 8, 2024.**

**The defendant MJ Holdings is advised that failure to respond to the motion may be**

**grounds for a default judgment being entered against it, in which event the defendant will**

**have no trial.**

The plaintiff shall file proof of service of this motion by **February 23, 2024.**

**SO ORDERED.**

                                            _____
                                             **JOHN G. KOELTL**
                                     **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       February 6, 2024