**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
————————————————————————

**TERRENCE M. TIERNEY,**

           **Plaintiff,**

      - against -

**MJ HOLDINGS, INC., ET AL.,**

           **Defendants.**
————————————————————————

**23-cv-5292 (JGK)**

<u>**ORDER**</u>

**JOHN G. KOELTL, District Judge:**

The plaintiff should file a revised Order to Show Cause for a default judgment against defendant MJ Holdings, Inc., by **March 18, 2024.** An example of such an Order is attached.

The plaintiff shall attach the following papers to the Order to Show Cause:

1. A proposed default judgment plus statement of damages.

2. A Certificate from the Clerk of Court stating that no Answer has been filed, and the default of the defendant(s) is hereby noted.

The Order to Show Cause and supporting papers should not be served on the defendant until it is signed by the Court. Then, the plaintiff shall file all documents on the Court's CM/ECF electronically.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **March 5, 2024**

                                      /s/ John G. Koeltl
                                _____
                                      **John G. Koeltl**
                             **United States District Judge**