UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TERRENCE M. TIERNEY,

            Plaintiff,

- against -

MJ HOLDINGS, INC., ET AL.,

            Defendants.

---

23-cv-5292 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The plaintiff should file the attached affirmation in support of the plaintiff's request for a certificate of default.

SO ORDERED.

Dated:    New York, New York
           March 11, 2024

                                      /s/ John G. Koeltl
                                        John G. Koeltl
                                  United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

_____,                    **AFFIRMATION IN SUPPORT**
                                                                **OF REQUEST FOR**
                                    Plaintiff(s)                **CERTIFICATE OF DEFAULT**

            -against-                                 CV            (    )

_____,
                                    Defendant(s).

-------------------------------------------------------------X

_____ hereby declares as follows:

1. I am the plaintiff in this action.

2. This action was commenced pursuant to _____.

3. The time for defendant(s), _____, to answer or otherwise move with respect to the complaint herein has expired.

4. Defendant(s), _____, has not answered or otherwise moved with respect to the complaint, and the time for defendant(s) _____ to answer or otherwise move has not been extended.

5. That defendant(s) _____ is not an infant or incompetent. Defendant(s) _____ is not presently in the military service of the United States as appears from facts in this litigation.

WHEREFORE, plaintiff _____ requests that the default of defendant(s) _____ be noted and a certificate of default issued.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief, that the amount claimed is justly due to plaintiff, and that no part thereof has been paid.

Dated:                                                By:_____
                                                      (Signature
                                                      (Print Name of Plaintiff Pro Se)
                                                      (Address)
                                                      (Telephone Number)
                                                      (E-mail address)