UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TERRENCE M. TIERNEY,

                Plaintiff,        23-cv-5292 (JGK)

- against -                ORDER

MJ HOLDINGS, INC., ET AL.,

                Defendants.

---

JOHN G. KOELTL, District Judge:

    The plaintiff is directed to provide an update on the status of the case by **July 22, 2025**. The Clerk is directed to mail this order to the pro se plaintiff and to note such mailing on the docket.

SO ORDERED.
Dated:    New York, New York
           July 1, 2025

                                      John G. Koeltl
                              United States District Judge