UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TERRENCE M. TIERNEY,

                Plaintiff,          23-cv-5292 (JGK)

     - against -                  ORDER

MJ HOLDINGS, INC., ET AL.,

                Defendants.

---

JOHN G. KOELTL, District Judge:

    Only July 1, 2025, the Court directed the pro se plaintiff to provide an update on the status of this case by July 22, 2025. To date, no status update has been filed. The time to file a status update is extended to **August 18, 2025**. The plaintiff is cautioned that if no status update is filed by that date, the case may be dismissed without prejudice.

    The Clerk is directed to mail this order to the pro se plaintiff and to note such mailing on the docket.

SO ORDERED.
Dated:    New York, New York
            July 28, 2025

                                                  /s/ John G. Koeltl
                                                  John G. Koeltl
                                          United States District Judge