UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————————

TERRENCE M. TIERNEY,

              Plaintiff,           23-cv-5292 (JGK)

      - against -              ORDER

MJ HOLDINGS, INC.,

              Defendant.

————————————————————————

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a status update by **April 1, 2026.**


SO ORDERED.
Dated:    New York, New York
         March 23, 2026

                                     John G. Koeltl
                        United States District Judge