**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**TERRENCE M. TIERNEY,**

**Plaintiff,**

**- against -**

**MJ HOLDINGS, INC., ET AL.,**

**Defendants.**

**23-cv-5292 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

The plaintiff shall provide a status report for the case by **September 14, 2026**.

**SO ORDERED.**

**Dated:** **New York, New York**
**July 10, 2026**

**John G. Koeltl**
**United States District Judge**