**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**TERRENCE M. TIERNEY,**

**Plaintiff,**

**- against -**

**MJ HOLDINGS, INC., ET AL.,**

**Defendants.**

---

**23-cv-5292 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

The plaintiff was required to provide the Court with a status update for the case by September 14, 2026. See ECF No. 52. The plaintiff did not provide any such update. The time for the plaintiff to provide a status update for the case is extended to **October 3, 2026.**

The Clerk of Court is respectfully requested to mail a copy of this Order to the plaintiff, and to note mailing on the docket.

**SO ORDERED.**

**Dated: New York, New York**
**September 16, 2026**

**John G. Koeltl**
**United States District Judge**