UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TERRENCE M. TIERNEY,
Plaintiff(s)

23 civ 5292 (JGK)

-against-

MJ HOLDINGS, INC., et al.,
Defendant(s).
-----------------------------------------------------------X

**ORDER**

The Court, via order of September 16, 2026, directed the plaintiff to provide a status update for the case by October 3, 2026. The Court previously required the plaintiff to update the Court on the status of the case by September 14, 2026. See ECF No. 52. There has been no update, to date.

The plaintiff shall provide the Court with an update on the status of the case by **October 29, 2026. Failure to provide an update to the Court by October 29, 2026 may be grounds for dismissal of this action for failure to prosecute, in which event the plaintiff will have no trial.**

The Clerk of Court is respectfully requested to mail a copy of this Order to the plaintiff, and to note mailing on the docket.

**SO ORDERED.**

**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
October 6, 2026